1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                                **DISTRICT OF NEVADA**

10

11    VALLEY HEALTH SYSTEM LLC, et al.,        )
                                               )        Case No. 2:15-cv-01457-JCM-NJK
                      Plaintiff(s),            )
12                                             )        **ORDER**
      vs.                                      )
13                                             )
      AETNA HEALTH, INC., et al.,              )        (Docket No. 52)
14                                             )
                      Defendant(s).            )
15  _____)

16          Pending before the Court is a status report in which the parties request a telephonic status

17    conference to discuss "discovery and trial timelines." Docket No. 52 at 4. The undersigned does not hold

18    generalized status conferences. If the parties have specific concerns that require court intervention, they

19    must file a written request for that relief. Once the specific concerns and relief sought are identified, the

20    Court will determine whether a hearing or status conference should be held. The request for a telephonic

21    status conference is therefore **DENIED**.

22          IT IS SO ORDERED

23          Dated: August 19, 2016

24

25    _____
      NANCY J. KOPPE
26    UNITED STATES MAGISTRATE JUDGE

27

28