1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11    VALLEY HEALTH SYSTEM LLC, et al.,            )        Case No. 2:15-cv-01457-JCM-NJK
                                                   )
12                        Plaintiff(s),            )
                                                   )        ORDER
13    vs.                                          )
                                                   )        (Docket No. 74)
14    AETNA HEALTH, INC., et al.,                  )
                                                   )
15                        Defendant(s).            )
      ─────────────────────────────────────────   )

16            Pending before the Court is a stipulation to extend the deadlines set in the scheduling order, and

17    to create a new deadline for expert depositions.  Docket No. 74.  The parties seek a roughly two-month

18    extension to the discovery cutoff, a new deadline for expert depositions roughly three months thereafter,

19    and a nearly five-month extension to the deadlines to file dispositive motions and the joint proposed

20    pretrial order.  *Compare id.* at 4 *with* Docket No. 40.

21            All requests to extend deadlines must be supported by a showing of good cause.  *See* Local Rule

22    26-4.  The Court finds sufficient cause has been shown to extend the discovery cutoff as requested, and

23    will therefore grant that aspect of the stipulation.  With respect to the other proposed deadlines, however,

24    good cause has not been shown.  It appears the basic premise of the parties' request is that they speculate

25    that their experts may supplement their reports following the close of discovery.  *See* Docket No. 74 at

26    3-4.  Such speculation does not justify a nearly five month further delay in this already old case.  Instead,

27    the Court finds it preferable for the parties to conduct expert depositions prior to the close of discovery.

28    If the need for supplementation arises thereafter, the parties should proceed as required by the applicable

rules and seek further relief from the Court if appropriate.  Because the Court declines to adopt the parties' requested deadline for expert depositions, the Court further declines to adopt the proposed deadlines to file dispositive motions and the joint proposed pretrial order.

Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part, and the deadlines are extended as follows:

- Discovery cutoff: December 9, 2016
- Dispositive motions: January 9, 2017
- Joint proposed pretrial order: February 8, 2017

IT IS SO ORDERED.

DATED: September 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

2