UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| VALLEY HEALTH SYSTEM LLC, et al., | ) | Case No. 2:15-cv-01457-JCM-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| AETNA HEALTH, INC., et al., | ) | |
| Defendant(s). | ) | |

Pending before the Court is Plaintiffs' motion to compel arbitration of Defendants' counterclaims. Docket No. 55. Defendants filed a response in opposition, Docket No. 60, and Plaintiffs filed a reply, Docket No. 75. This motion has been referred to the undersigned magistrate judge. Defendants interpreted the motion as not seeking to compel arbitration of the unjust enrichment counterclaim and noted, without elaboration, that such request would fail "as a mater of law." Docket No. 60 at 2. The reply makes clear that the motion is intended to seek to compel arbitration of the unjust enrichment claim. Docket No. 75 at 11-12. The Court finds it in the interest of justice to permit Defendants to file a surreply limited to addressing the arbitrability of the unjust enrichment claim. That surreply shall be filed by December 1, 2016, and shall be limited to 5 pages.

IT IS SO ORDERED.

DATED: November 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge