Jon T. Neumann
Nevada Bar No. 12053
jneumann@steptoe.com
Aaron J. Lockwood*
alockwood@steptoe.com
Lisa M. Petrovsky*
lpetrovsky@steptoe.com
STEPTOE & JOHNSON LLP
201 E. Washington St., Ste. 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile:  (602) 257-5299
*Admitted *pro hac vice*

Mark J. Connot
Nevada Bar No. 10010
mconnot@foxrothschild.com
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 699-5924
Facsimile:  (702) 597-5503

Attorneys for Defendants
Aetna Health, Inc. and
Aetna Health Management, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

VALLEY HEALTH SYSTEM LLC et al.,           )
                                            )   No. 2:15-cv-01457-JCM-NJK
            Plaintiffs,                      )
                                            )   **JOINT MOTION TO AMEND**
      vs.                                    )   **SCHEDULING ORDER AND**
                                            )   **DISCOVERY PLAN**
AETNA HEALTH, INC. et al.,                   )
                                            )   **(Fifth Request for Extension)**
            Defendants.                      )
                                            )   Trial Date:  None set
_____          )

        Pursuant to LR IA 6-1 and LR 26-4, Plaintiffs Valley Health System, LLC and

Summerlin Hospital Medical Center, LLC ("Valley Health" or "Plaintiffs") and Defendants

Aetna Health, Inc. and Aetna Health Management, LLC ("Aetna" or "Defendants")

(collectively, the "Parties") jointly move to amend the October 5, 2015 Scheduling Order and

Discovery Plan [Doc. 30], as amended on January 29, 2016 [Doc. 37], June 14, 2016 [Doc.40],

September 27, 2016 [Doc. 77], and November 1, 2016 [Doc. 91] (the "Scheduling Order"), to

extend the deadlines in this case as set forth below.  This is the fifth motion to extend deadlines.

## I.     Pending Motions and Hearings

Valley Health currently has four motions pending before this Court.  Two of these motions are discovery motions; the remaining two motions challenge Aetna's counterclaims:

- Motion to Compel Further Discovery.  This Motion has been fully briefed and is scheduled for oral argument on December 21, 2016.  [Doc. 97.]
- Motion to Strike Aetna's Expert Designation and Report of Henry Miller.  This Motion will be fully briefed on December 9, 2012.
- Motion to Dismiss Aetna's Counterclaims.  This Motion has been fully briefed.  [Docs. 55, 59.]
- Motion to Compel Arbitration.  This Motion has been fully briefed [Docs. 58 and 60.]  It, too, is scheduled for oral argument on December 21, 2016.  [Doc. 103.]

The outcome of the discovery motions will likely impact the scope and amount of discovery.  Although parties have continued to move forward with written discovery relating to Aetna's counterclaims pending the resolution of these motions, they believe that the outcome of the latter two motions is also likely to have an impact on the timing and scope of discovery on Aetna's counterclaims.

 The Court set a hearing for Valley Health's Motion to Compel Further Discovery and Motion to Compel Arbitration on December 21, 2016; however, Aetna's counsel has a conflict on the date.  The parties will be available on or after January 16, 2017 and have filed a separate request (filed concurrently with this request) that respectfully asks the Court to continue the December 21, 2016 hearing date to accommodate Aetna's scheduling conflict.

## II.     Discovery Completed and Remaining to Be Completed

### 1.     Written Discovery

Since the Court's last amendment to the Scheduling Order, the Parties have continued to produce documents in this case.  Valley Health produced additional documents on November 10, 11, 14 and 30, and on December 1.  Aetna produced additional documents on December 6, and anticipates producing additional documents in December relating to its counterclaim. The Parties have produced the vast majority of documents that will need to be produced in this case.

1    Indeed, Aetna has produced 312,780 pages of documents, and Valley Health has produced
2    approximately 447,856 pages.

3         However, despite the parties' good-faith efforts to complete document production in a
4    timely manner, document disclosures will likely need to continue into January 2017,
5    particularly depending on the outcome of Valley Health's pending motion to compel additional
6    discovery.  As explained above, the Court scheduled a hearing for this motion on December 21,
7    2016, a date when Aetna's counsel has a preexisting scheduling conflict.   The parties are
8    mutually available for oral argument on or after January 16, 2017.

9         The parties are also engaged in a meet and confer regarding the documents identified in
10   recent depositions.   If ongoing meet-and-confer discussions fail to resolve current disputes, the
11   Parties may need to file additional discovery motions as well.

12                    **2.        Depositions**

13        Since the Court's last amendment of the Scheduling Order, the Parties have completed
14   additional depositions on November 16, 17, and 18, and on December 1.  The Parties were
15   scheduled to complete the depositions of three Aetna witnesses in Hartford, Connecticut during
16   the week of December 12.

17        However, several outstanding document production issues required the postponement of
18   those depositions.   Specifically, some of the issues in Valley Health's pending motion to
19   compel additional discovery concern these Aetna witnesses, particularly with regard to Aetna's
20   Network Rental Agreement with MultiPlan.  Similarly, a dispute has arisen regarding certain
21   redactions on Aetna's administrative services agreements ("ASAs"), which also concern the
22   anticipated testimony of one of Aetna's Hartford witnesses.

23        While the Parties are still in the meet-and-confer process on those redacted ASAs and
24   will attempt to resolve the matter without the Court's involvement, the Parties are unable to do
25   so before these previously scheduled depositions.   Accordingly, the Parties have agreed to
26   reschedule these three depositions to the week of **January 23, 2017**.  Because of the number of
27   schedules to coordinate, the Parties could not find mutually agreeable dates for these
28   depositions before the current discovery cutoff of January 20, 2017.

Furthermore, during the course of the depositions taken since the Court's last amendment of the Scheduling Order, Aetna has identified at least two additional witnesses that it needs to depose before the close of discovery.  The Parties are working on finding mutually agreeable dates for those depositions but, to date, are uncertain whether they will be able to complete those depositions before the current January 20 discovery cutoff.

### 3.     Expert Disclosures and Depositions

There is a dispute concerning the expert disclosures in this case, and Valley Health has filed a related Motion to Strike.  [Doc. 92.]  Depending on the outcome of that motion, the Parties anticipate supplementing their expert disclosures based on evidence subsequently developed in discovery.

If the Motion to Strike is denied, Valley Health will seek to take the deposition of Aetna-designated expert Henry Miller.  In addition, regardless of the outcome of that motion, Aetna anticipates deposing Valley Health's expert, Christopher Fritz.  If Valley Health intends to supplement Mr. Fritz' initial disclosures, Aetna should not be required to depose Mr. Fritz before receiving any supplemental report.  As such, the Parties have not yet scheduled Mr. Fritz's deposition, and depending on if and when Valley Health supplements its expert disclosures, it is uncertain that the Parties can complete Mr. Fritz's deposition before January 20, 2017.

### III.    Trial Schedule

Finally, no trial is currently set in this case.  As previously noted, it does not appear that the Parties are available to proceed with trial until at least July 2017 because of trials the Parties' counsel have in other matters and because of the anticipated amount of time needed for trial in this case.  The extension of deadlines requested here therefore should have no impact on when this case would otherwise proceed to trial.

For the foregoing reasons, the Parties submit that good cause exists for the extension of the deadlines in the Scheduling Order and respectfully request the dates be revised as follows:

A.   Close of fact discovery:                February 24, 2017

B.   Final date to file dispositive motions:   March 24, 2017

C.   Joint Proposed Pretrial Order:           April 28, 2017

**IT IS SO STIPULATED.**

DATED this 8th day of December, 2016.

By /s/ Amanda L. Hayes-Kibreab
(with permission)
Jennifer A. Hansen
Hooper, Lundy & Bookman, P.C.
101 W. Broadway, Ste. 1200
San Diego, California 92101

Glenn E. Solomon
Amanda L. Hayes-Kibreab
Jonathan H. Shin
Hooper, Lundy & Bookman, P.C.
1875 Century Park East, Ste. 1600
Los Angeles, California 90067

John H. Cotton
Melanie Bernstein Chapman
John H. Cotton & Associates, Ltd.
7900 W. Sahara Ave., Ste. 200
Las Vegas, Nevada 89117

Attorneys for Plaintiffs Valley Health System,
LLC and Summerlin Hospital Medical Center,
LLC

By /s/ Jon T. Neumann
Jon T. Neumann
Aaron J. Lockwood
Lisa M. Petrovsky
Steptoe & Johnson LLP
201 E. Washington St., Ste. 1600
Phoenix, Arizona 85004-2382

Mark J. Connot
Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

Attorneys for Defendants Aetna Health, Inc.
and Aetna Health Management, LLC

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: _December 9, 2016_____