UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| VALLEY HEALTH SYSTEM LLC, et al., | ) | Case No. 2:15-cv-01457-JCM-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| AETNA HEALTH, INC., et al., | ) | (Docket No. 104) |
| Defendant(s). | ) | |

Pending before the Court is Plaintiffs' supplemental declaration in support of the motion to compel discovery. Docket No. 104. "A party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause." Local Rule 7-2(g). The Court construes the declaration as a motion for leave to supplement, which is **GRANTED**.

The Court is disinclined to permit piecemeal supplementation of the briefing on the motion to compel discovery. To the extent any party believes further supplementation is necessary, it shall file a motion for leave to file that supplement on January 9, 2017.[1]  Any response thereto shall be filed by January 11, 2017.

IT IS SO ORDERED.

DATED: December 9, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The motion for leave to supplement shall attach the materials for which leave is sought.