# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VALLEY HEALTH SYSTEM LLC, et al., | Case No. 2:15-cv-01457-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| AETNA HEALTH, INC., et al., | (Docket No. 117) |
| Defendant(s). | |

Pending before the Court is a stipulation regarding certain information deemed confidential by Defendant, Docket No. 117, which is **DENIED** without prejudice. First, the stipulation fails to include a signature block as required. *See* Local Rule IA 6-2. Second, the stipulation refers to the "Judge" and the "Magistrate." There are two judges assigned to this case, a United States District Judge and a United States Magistrate Judge. *See, e.g.*, *Taddeo v. American Invsco Corp.*, 2015 WL 751072, at *2 n.2 (D. Nev. Feb. 20, 2015). Third, the parties seek to have the district judge appoint persons within the Court who may view the pertinent information. *See* Docket No. 117 at 4. Absent explanation why it should do so, the Court declines to depart from the standard provision that the information can be made available to "the Court and its personnel" more broadly.

IT IS SO ORDERED.

DATED: December 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge