UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALLEY HEALTH SYSTEM LLC, et al., | Case No. 2:15-cv-01457-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 99) |
| AETNA HEALTH, INC., et al., | |
| Defendant(s). | |

Pending before the Court is Aetna's motion to seal. Docket No. 99. Aetna filed a supplement. Docket No. 110 at 3. Valley Health filed a response, partially in support of the motion and partially in opposition of the motion. Docket No. 114. Aetna filed a reply. Docket No. 116. The Court hereby **SETS** this motion for hearing for 3:00 p.m. on January 18, 2017, in Courtroom 3D.

The Court will hear argument on the motion generally. Nonetheless, counsel shall ensure they are prepared to address case law from within the Ninth Circuit specifically addressing whether the compelling reason or good cause standard applies to the pending motion. *Cf. Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016), *cert. denied*, 137 S.Ct. 38 (2016) (clarifying that the classification of a motion as "dispositive" or "non-dispositive" turns on "whether the motion at issue is more than tangentially related to the underlying cause of action").

IT IS SO ORDERED.

DATED: January 9, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge