# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VALLEY HEALTH SYSTEM LLC, et al., | Case No. 2:15-CV-1457 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| AETNA HEALTH, INC., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Valley Health System, LLC et al. v. Aetna Health, Inc. et al.*, case number 2:15-cv-01457-JCM-NJK.

On January 30, 2017, the parties filed a stipulation to vacate all hearing dates and deadlines, stating that the parties have settled all claims and counterclaims at issue. (ECF No. 128). The parties anticipate filing a stipulation to dismiss the week of February 13, 2017. (ECF No. 128).

In light of the foregoing, the court will grant the parties' stipulation. (ECF No. 128).

Accordingly,

IT IS HEREBY ORDERED that the parties stipulation (ECF No. 128) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the parties shall file a stipulation of dismissal by February 17, 2017, or a joint status update as to why a stipulation of dismissal could not be timely filed.

IT IS FURTHER ORDERED that all hearings in this matter be, and the same hereby are, VACATED.

IT IS FURTHER ORDERED that all deadlines in this matter be, and the same hereby are, STAYED.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that plaintiffs' motion to dismiss defendants' counterclaim (ECF No. 58) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that plaintiffs' motions to compel discovery (ECF Nos. 69, 70) be, and the same hereby are, DENIED as moot.

IT IS FURTHER ORDERED that plaintiffs' motion strike (ECF No. 92) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendants' motion for leave to supplement the record (ECF No. 124) be, and the same hereby is, DENIED as moot

DATED February 1, 2017.

_____
UNITED STATES DISTRICT JUDGE