JOHN H. COTTON
Nevada Bar No. 5268
KATHERINE A. MANTHEI
Nevada Bar No. 13717
**JOHN H. COTTON & ASSOCIATES, LTD.**
7900 West Sahara Avenue, Suite 200
Las Vegas, NV  89117
Telephone: (702) 832-5909
Facsimile:  (702) 832-5910
E-Mail: jhcotton@jhcottonlaw.com
E-Mail: kmanthei@jhcottonlaw.com

GLENN E. SOLOMON
Admitted *Pro Hac Vice*
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: gsolomon@health-law.com

JENNIFER A. HANSEN
Admitted *Pro Hac Vice*
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 West Broadway, Suite 1200
San Diego, California 92101-3890
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jhansen@health-law.com

Attorneys for Plaintiffs,
VALLEY HEALTH SYSTEM LLC, et al.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VALLEY HEALTH SYSTEM LLC, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> AETNA HEALTH, INC., *et al.*, <br><br> Defendants. | Case No. 2:15-CV-01457-JCM-NJK <br><br> **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND ORDER** <br><br> The Hon. James C. Mahan <br><br> Trial Date:       None Set |

The parties have settled all of the claims and counterclaims at issue in this matter, and have executed a confidential settlement agreement.  Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate to the dismissal of all of the claims and counterclaims with

prejudice.  Each party shall bear its own attorneys' fees and costs incurred in connection with this action.

    **IT IS SO STIPULATED:**

    DATED this 9th day of February 2017:

By: _____/s/ Jennifer A. Hansen_____    By: _____/s/ Jon T. Neumann_____
                                                                                 (with permission)

Jennifer A. Hansen                                    Jon T. Neumann
Hooper, Lundy & Bookman, P.C.              Aaron J. Lockwood
101 West Broadway, Suite 1200              Lisa M. Petrovsky
San Diego, CA 92101                           Steptoe & Johnson LLP
                                                         201 E. Washington St., Ste. 1600
                                                          Phoenix, AZ 85004-2382

Glenn E. Solomon                                   Mark J. Connot
Amanda L. Hayes-Kibreab                  Fox Rothschild LLP
Jonathan H. Shin                                     1980 Festival Plaza Drive, Suite 700
Hooper, Lundy & Bookman, P.C.              Las Vegas, NV 89135
1875 Century Park East, Suite 1600
Los Angeles, CA 90067                        Attorneys for Defendants Aetna Health, Inc.
                                                          and Aetna Health Management, LLC

John H. Cotton
Melanie Bernstein Chapman
John H. Cotton & Associates, Ltd.
7900 W. Sahara Ave., Suite 200
La Vegas, NV 89117

Attorneys for Plaintiffs Valley Health System, LLC and Summerlin Hospital Medical Center, LLC

DATED: __February 13, 2017__                    **IT IS SO ORDERED:**

                                                                                                                            _____
                                                                                                                            THE HONORABLE JAMES C. MAHAN
                                                                                                                            UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 101 W. Broadway, Suite 1200, San Diego, CA 92101-3890.

On February 9, 2017, I served true copies of the following document(s) described as **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER** on the interested parties in this action as follows:

## SERVICE LIST

| | |
|---|---|
| Jon T. Neumann<br>Aaron J. Lockwood<br>Lisa M. Petrovsky<br>**Steptoe & Johnson LLP**<br>201 E. Washington Street, Suite 1600<br>Phoenix, AZ 85004-2382<br>E-Mail: jneumann@steptoe.com<br>E-Mail: alockwood@steptoe.com<br>E-Mail: lpetrovsky@steptoe.com | Attorneys for Defendants Aetna Health, Inc. and Aetna Health Management, LLC |
| Mark J. Connot<br>**Fox Rothschild LLP**<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135<br>mconnot@foxrothschild.com | Attorneys for Defendants Aetna Health, Inc. and Aetna Health Management, LLC |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 9, 2017, at San Diego, California.

Sheba Candor. CCLS